Ruby Goode, Plaintiff-Appellant, *v.* Thomas Goode, Defendant-Appellee.

(No. 56162;

First District—March 20, 1972.

Ronald Barliant, of Cook County Legal Assistance Foundation, of Harvey, for appellant.

Leonard Karlin, of Chicago, for appellee.

Edward A. Fox, Plaintiff-Appellant, *v.* Suit Links, Ltd., Defendant-Appellee.

(No. 54909;

First District—March 22, 1972.